UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,            :
                            Plaintiff,   :
:       21 Cr. 525-01 (LGS)
         -against-             :
:       SCHEDULING ORDER
COREY COLLINS,                       :
                           Defendant,   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Corey Collins' sentencing hearing shall be held on **December 13, 2021**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **November 15, 2021**. The Government's pre-sentencing submission, if any, shall be filed by **November 18, 2021.**

Dated: August 27, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**