UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :   21 Cr. 525-01 (LGS)
          -against-                                         :
                                                            :   ORDER
COREY COLLINS,                                              :
                                            Defendant,      :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for December 13, 2021, at 11:00 a.m., is adjourned to **December 13, 2021, at 4:00 p.m.**

Dated: December 10, 2021
       New York, New York

                                           _____
                                           LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE