UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :        [PROPOSED] ORDER
              - v. -                                        :
                                                            :        21 Cr. 525 (LGS)
COREY COLLINS,                                              :
                                                            :
              Defendant.                                    :
                                                            :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x


              WHEREAS, with the defendant's consent, his guilty plea allocution was made

before United States Magistrate Judge Sarah L. Cave on August 18, 2021;

              WHEREAS, a transcript of the allocution was made and thereafter was transmitted

to the District Court;

              WHEREAS, a copy of the plea agreement between the defendant and the

Government was transmitted to the District Court; and

              WHEREAS, upon review of that transcript, plea agreement, and the record in this

case, this Court has determined that the defendant entered the guilty plea knowingly and

voluntarily and that there was a factual basis for the guilty plea;

              IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:        New York, New York
              December 13, 2021

                                              _____
                                                    LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE